1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #CA 257570
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JOSE LOPEZ-LOPEZ
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        ) No. CR-S-08-0434-JAM
                                    )
13              Plaintiff,          ) STIPULATION AND ORDER CONTINUING
                                    ) STATUS CONFERENCE
14       v.                         )
                                    )
15 JOSE LOPEZ-LOPEZ,                ) Date: December 9, 2008
                                    ) Time: 9:30 a.m.
16              Defendant.          ) Judge: John A. Mendez
   _____    )
17

18     It is hereby stipulated between the parties, Daniel McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, JOSE LOPEZ-

21 LOPEZ that the status conference hearing date of November 18, 2008 be

22 vacated and continued to December 9, 2008 at 9:30 a.m.

23     This continuance is requested as negotiations are continuing

24 between the parties and additional time is needed for defense

25 investigation.

26     It is further stipulated that the period from November 18, 2008

27 through and including December 9, 2008 should be excluded pursuant to

28 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

counsel and defense preparation.

Dated:  November 14, 2008            Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/ Lauren D. Cusick
                                     LAUREN D. CUSICK
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JOSE LOPEZ-LOPEZ


Dated:  November 14, 2008            MCGREGOR W. SCOTT
                                     United States Attorney


                                     /s/ Lauren D. Cusick for
                                     DANIEL McCONKIE
                                     Assistant U.S. Attorney
                                     per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated: 11/14/2008

                                     /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
                                     United States District Judge

Stip and Order                       2